UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

EDWARD GODWIN,

                        Plaintiff,                     :

                 -against-                         ORDER

NEW YORK CITY POLICE DEP'T, ET AL.,      09 Civ. 1928 (VM)(KNF)

                     Defendants.              :
------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/22/09

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the telephonic conference scheduled previously for March 16, 2010, at 10:30 a.m., will be held on March 15, 2010, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       October 22, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Edward Godwin
Matthew Weir, Esq.