UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDWARD GODWIN,

                Plaintiff,

          -against-

NEW YORK CITY POLICE DEP'T, ET AL.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/10

**ORDER**
09 Civ. 1928 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the telephonic conference scheduled previously for March 29, 2010, at 2:00 p.m., is rescheduled to April 7, 2010, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       April 1, 2010

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE